884

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LINDA WELLS (Impleaded), Defendant-Appellant.

(No. 61337;

First District (5th Division)—August 22, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* BILLY Ross, Petitioner-Appellant.

(No. 61453;

First District (5th Division)—August 22, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Donald S. Honchell, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Raymond J. Prosser, Assistant State's Attorneys, of counsel), for the People.